Emres N.Y., LLC v Brookstone 8, LLC (2024 NY Slip Op 04698)

Emres N.Y., LLC v Brookstone 8, LLC

2024 NY Slip Op 04698

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, NOWAK, AND KEANE, JJ.

666 CA 24-00145

[*1]EMRES NEW YORK, LLC, PLAINTIFF-APPELLANT,
v
BROOKSTONE 8, LLC, DEFENDANT-RESPONDENT.
BROOKSTONE 8, LLC, THIRD-PARTY PLAINTIFF,
v
TEN-X, LLC, THIRD-PARTY DEFENDANT, CBRE GROUP, INC., AND WILLIAM VONDERFECHT, THIRD-PARTY DEFENDANTS-APPELLANTS. 

BOND, SCHOENECK & KING PLLC, ROCHESTER (JEREMY M. SHER OF COUNSEL), FOR PLAINTIFF-APPELLANT.
BROWN, MOSKOWITZ & KALLEN, P.C., NEW YORK CITY (KENNETH L. MOSKOWITZ OF COUNSEL), FOR THIRD-PARTY DEFENDANTS-APPELLANTS.
JACOBOWITZ NEWMAN TVERSKY LLP, CEDARHURST (RACHEL WRUBEL OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeals from an order of the Supreme Court, Monroe County (Daniel J. Doyle, J.), entered January 3, 2024. The order granted in part the motion of third-party defendants CBRE Group, Inc. and William Vonderfecht and granted in part the motion of plaintiff. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court.
Entered: September 27, 2024
Ann Dillon Flynn
Clerk of the Court